LAW LIBRARY

NO. 29442

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

2010 JAN 20 PH 2: 10

FILED

---

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee

vs.

SYDNEY NOBUTO TOKUNAGA,
Petitioner/Defendant-Appellant

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CR. NO. 06-1-2254)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By:  Acoba, J., for the court[1])

The Application for Writ of Certiorari filed on December 17, 2009 by Petitioner/Defendant-Appellant Sydney Nobuto Tokunaga is hereby rejected.

DATED:  Honolulu, Hawai'i, January 20, 2010.

FOR THE COURT:

Associate Justice

Walter J. Rodby, on the
application for
petitioner/defendant-
appellant.

---

[1]      Considered by:  Moon, C.J., Nakayama, Acoba, Duffy, and Recktenwald, JJ.